**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Beverlee J. Huber | 1:21-cv-6415-RLY-TAB |
| Billie Edwards | 1:19-cv-00186-RLY-TAB |
| Celester Dicking | 1:18-cv-1355-RLY-TAB |
| Donald Makoff | 1:22-cv-1637-RLY-TAB |
| Gregory Hinton | 1:20-cv-3228-RLY-TAB |
| James Herrin | 1:22-cv-563-RLY-TAB |
| John Matronic | 1:22-cv-1042-RLY-TAB |
| Jose Amaro | 1:19-cv-00505-RLY-TAB |
| Joseph Evans | 1:17-cv-2983-RLY-TAB |
| Kenneth Collier | 1:21-cv-102-RLY-TAB |
| Kimberly Hawthorne | 1:21-cv-6369-RLY-TAB |
| Larry Krueger | 1:21-cv-2264-RLY-TAB |
| Marvin Greenway | 1:21-cv-1865-RLY-TAB |
| Milton Van Derveer | 1:22-cv-398-RLY-TAB |
| Nathan Ingram | 1:22-cv-00313-RLY-TAB |
| Richard Lynn Jr. | 1:21-cv-01974-RLY-TAB |
| Robert Crabbs | 1:20-cv-509-RLY-TAB |
| Samuel Gonzales | 1:22-cv-1346-RLY-TAB |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned cases are dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiffs may refile his/her case in the Southern District of Indiana. If Plaintiffs refile his/her case

in any jurisdiction other than the Southern District of Indiana, this dismissal will automatically convert to a dismissal with prejudice. All parties shall bear their own fees and costs.

Dated: October 19, 2026

Respectfully submitted,

*/s/ James Hearon*
James Hearon
Texas Bar No. 24095253
2603 Oak Lawn Ave, Suite 300
Dallas, Texas 75219
Telephone: 214.521.4412
Facsimile: 214.550.2696
jhearon@lawyerworks.com
ivcfiling@lawyerworks.com
*Attorney for Plaintiff*

*/s/ Kip McDonald*
Kip McDonald
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Phone: (317) 237-0300
kip.mcdonald@faegredrinker.com
*Attorneys for Defendants Cook Incorporated, Cook Medical LLC, and William Cook Europe ApS*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ James Trenton Hearon*
James Trenton Hearon