ACKNOWLEDGED. All cases listed in caption are dismissed without prejudice.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 10/26/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to:

| | |
|---|---|
| Beverlee J. Huber | 1:21-cv-6415-RLY-TAB |
| Billie Edwards | 1:19-cv-00186-RLY-TAB |
| Celester Dicking | 1:18-cv-1355-RLY-TAB |
| Donald Makoff | 1:22-cv-1637-RLY-TAB |
| Gregory Hinton | 1:20-cv-3228-RLY-TAB |
| James Herrin | 1:22-cv-563-RLY-TAB |
| John Matronic | 1:22-cv-1042-RLY-TAB |
| Jose Amaro | 1:19-cv-00505-RLY-TAB |
| Joseph Evans | 1:17-cv-2983-RLY-TAB |
| Kenneth Collier | 1:21-cv-102-RLY-TAB |
| Kimberly Hawthorne | 1:21-cv-6369-RLY-TAB |
| Larry Krueger | 1:21-cv-2264-RLY-TAB |
| Marvin Greenway | 1:21-cv-1865-RLY-TAB |
| Milton Van Derveer | 1:22-cv-398-RLY-TAB |
| Nathan Ingram | 1:22-cv-00313-RLY-TAB |
| Richard Lynn Jr. | 1:21-cv-01974-RLY-TAB |
| Robert Crabbs | 1:20-cv-509-RLY-TAB |
| Samuel Gonzales | 1:22-cv-1346-RLY-TAB |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), above-titled Plaintiff and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS jointly stipulate that the above-captioned cases are dismissed without prejudice, with each party to bear its own costs. To the extent not barred by applicable statutes, such as the statute of limitations or statute of repose, Plaintiffs may refile his/her case in the Southern District of Indiana. If Plaintiffs refile his/her case